43 Ill.App.2d 409, 193 N.E.2d 617. See also *Shinn v. County Board of School Trustees* (1970), 130 Ill.App.2d 908, 266 N.E.2d 123.) Because the appellees have filed no brief, we have decided to reverse pro forma.

The decision of the circuit court of Cook County is reversed.

Reversed.

BURMAN and ADESKO, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WAYNE COWLEY, Defendant-Appellant.

(No. 60492;

First District (4th Division)—February 26, 1975.

Opinion by Mr. JUSTICE BURMAN.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.